[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
NOVEMBER 22, 2011
JOHN LEY
CLERK

No. 11-10887

_____

D. C. Docket No. 1:09-cv-01036-CAP

ANDREA JONES,

Plaintiff-Appellant,

versus

DIRECTV, INC.,
THE DIRECTV GROUP, INC.,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Georgia

_____

(November 22, 2011)

Before DUBINA, Chief Judge, COX, Circuit Judge, and GOLDBERG,* Judge.

_____

*Honorable Richard W. Goldberg, United States Court of International Trade Judge, sitting by designation.

PER CURIAM:

Appellant Andrea Jones appeals from the district court's grant of a motion to compel arbitration pursuant to an arbitration clause in her DirecTV service agreement.

After reviewing the record, reading the parties' briefs, and having the benefit of oral argument, we affirm the judgment of the district court based upon *AT&T Mobility v. Concepcion*, ___ U.S. ___, 131 S. Ct. 1760 (2011), and *Cappuccitti v. DirecTV*, 623 F.3d 1118, 1126 (11th Cir. 2010).

**AFFIRMED.**